UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JING ZHOU,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security,<br><br>Defendant. | No. 2:24-cv-07457-PA<br><br>**ORDER DENYING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties,

IT IS HEREBY ORDERED that the Joint Stipulation is denied.

Dated:  November 1, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE